93–2455. State v. Corbett. *Cuyahoga County,* No. 60399. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, WRIGHT and PFEIFER, JJ., dissent.